**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1531**

KENDALL R. SMITH,

                    Plaintiff - Appellant,

          v.

VERIZON WASHINGTON, DC, INCORPORATED,

                    Defendant – Appellee,

and

VERIZON MID-ATLANTIC, INCORPORATED; VERIZON COMMUNICATIONS, INCORPORATED; REED SMITH LLP,

                    Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:11-cv-01301-PJM)

Submitted:  August 29, 2013            Decided:  September 3, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kendall R. Smith, Appellant Pro Se.   Tillman J. Breckenridge, REED SMITH, LLP, Washington, DC, Helenanne Connolly, REED SMITH, LLP, Falls Church, Virginia, Betty S. W. Graumlich, REED SMITH, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall R. Smith appeals the district court's order granting summary judgment to Verizon Washington, DC, Inc., Smith's former employer, in Smith's action alleging violations of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Family and Medical Leave Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Smith v. Verizon Washington, DC, Inc., No. 8:11-cv-01301-PJM (D. Md. Mar. 28, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED